(July 8, 1955.)

TRIO DISTRIBUTOR CORPORATION et al., Respondents, v. BOARD OF HEALTH OF THE ALBANY COUNTY HEALTH DISTRICT et al., Appellants.—

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur.